**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

UNITED STATES OF AMERICA

v.

CARLTON UPTON, JR.,

Defendant.

Case No. 4:26-cr-75-6

**ORDER**

The Court has reviewed the financial affidavit filed in Case No. 4:26-cr-33 (ECF No. 8) and finds that Defendant Carlton Upton, Jr. is entitled to representation by the Office of the Federal Public Defender.

Accordingly, the Court appoints Assistant Federal Public Defender Andrew W. Grindrod to represent the defendant in this case.

**IT IS SO ORDERED.**

/s/ JKW

Newport News, Virginia
November 4, 2026

Jamar K. Walker
United States District Judge